

07- 30108
USDC/MA-Sp
Ponsor, M.

# United States Court of Appeals
## For the First Circuit

No. 08-1436

KRISTI L. MEGITT; TODD C. PELLETIER

Plaintiffs - Appellants

v.

FEDERAL DEPOSIT INSURANCE CORPORATION

Defendant - Appellee

---

**JUDGMENT**

Entered: September 3, 2009
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Naomi Carry
Daniel A. Edelman
Richard E. Gottlieb
Jeffrey A. Lamken
Christopher M. Lefebvre
Donn A. Randall
David A. Super
Renee Zipprich

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/3/09